# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | No. 18-7241 MJ |
|---|---|
| v. | CRIMINAL COMPLAINT |
| Ryan Matthew Summers | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

## Count 1

On or about June 16, 2018, in the District of Arizona, the defendant, RYAN MATTHEW SUMMERS, knowingly and willfully transmitted in interstate and foreign commerce communications to Jo Ellen Schumacher containing a threat to injure Jo Ellen Schumacher, in violation of Title 18, United States Code, Section 875(c).

## Count 2

On or about June 21, 2018, in the District of Arizona, the defendant, RYAN MATTHEW SUMMERS, knowingly and willfully transmitted in interstate and foreign commerce communications to employees of the Lang & Klain Law Firm and Jo Ellen Schumacher containing a threat to injure Jo Ellen Shumacher, in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUTHORIZED BY: Dimitra H. Sampson, AUSA

Signature of Complainant

Andrew D. Smith, Special Agent, FBI
Printed Name and title

Sworn to before me and signed in my presence.

Date: 6/22/18 @ 2:30 p.m.

Judge's Signature

City and State: Phoenix, Arizona

Honorable Bridget S. Bade
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Andrew D. Smith, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation's (FBI) Violent Crime and Major Offender Task Force in the FBI Phoenix Field Office. I have been a Special Agent since January 2006 and have worked violent crime the majority of my FBI career. I have also worked homicides, sexual assault of minors, assault, narcotics, international terrorism and Indian Country investigations for the FBI.

2. I have learned the forthcoming facts from my direct participation in the investigation as well as collected information from other law enforcement officers. The information below does not encompass all of the facts in this case, but are sufficient to establish probable cause to support the charges in the criminal complaint.

3. On June 18, 2018, Special Agent (SA) Andrew Smith was advised via email that Jo Ellen Schumacher, an attorney employed by the Arizona State Court of Appeals, 1501 W. Washington Street, Phoenix, Arizona had been threatened by a former boyfriend identified as RYAN MATTHEW SUMMERS ("SUMMERS").

4. Also on June 18, 2018, SA Smith contacted Schumacher telephonically to inquire about the facts related to the reported threat. Schumacher advised SA Smith that she had dated SUMMERS for a period of time during the years before and after 2005. During this period of time, both Schumacher and SUMMERS attended New Mexico

1

State University. Schumacher could not recall exact dates of their relationship, however, she estimated that the final time she had in-person contact with SUMMERS was in 2007 when she returned mementos of their relationship to SUMMERS at his residence in the State of New Mexico. Schumacher advised SUMMERS did not contact her again until approximately October 2017 when SUMMERS left Schumacher a confusing telephone message about SUMMERS and Schumacher having a child together and stating that Schumacher had tortured SUMMERS. Schumacher stated that she and SUMMERS do not have any children in common nor was she ever pregnant during the period SUMMERS and Schumacher dated.

5. Schumacher advised SA Smith that SUMMERS has also sent a number of other threatening message to a veterinary clinic that her family owns in Las Cruces, New Mexico. Schumacher later provided an email dated February 21, 2018, with an email address ryanmsummers@msn.com on the "from" line sent to schumachervetclinic@gmail.com. The email, which appears to have been sent by SUMMERS, stated: "Remember me, tell jo and her sister there [sic] dead lololollololoolollloloool." This email threat was reported to the Phoenix Police Department by Schumacher and to the Las Cruces Police Department by Schumacher's sister.

6. Schumacher advised SA Smith that she had previously been employed by the law firm, Lang & Klain, located in Scottsdale, Arizona. Schumacher moved on to her current employment as a law clerk for the Arizona State Court of Appeals

2

approximately five years ago. Schumacher thought that a search on the internet would likely reveal her previous employment at Lang & Klain. Schumacher had been advised of a voicemail message apparently left by SUMMERS that included threats to Schumacher's life. Schumacher advised that she was frightened of these threats made by SUMMERS.

7. On June 16, 2018 at approximately 4:50 a.m., the law firm identified as Lang and Klain, located in Scottsdale, Arizona received a telephone communication from telephone number 505-379-3389. June 16, 2018 was a Saturday and the telephone communication was received by a recorded voicemail service. The caller from the aforementioned telephone number was later identified as SUMMERS, who provided the following statement on the recorded line:

> "Hi, uh I have kind of a bad message. Ah, I need to find Jo Schumacher, frankly, probably because I'm going to kill her. But she has my 10 year old son or daughter, she had it 10 years ago and she used to work for your law firm and I think her dad killed her and that's why she's missing now. That or she's hidden up and no longer competent enough to be a lawyer or she's working for the district court judge. Either way, she's a fucking piece of shit and I'm gonna fucking murder her because she has my kid and she got me god-damned tortured for 10 years. But Jo Schumacher used to work for you and she covered up a death and drugged me twice and she's obviously done it again and she's probably dead from somebody killing her. I need to know where she is because I can't find her at all and I need to find her to be able to crack this case. My name is Ryan SUMMERS and my number is 505-379-3389. I'm in Albuquerque, New Mexico."

8. On June 18, 2018, Scottsdale Police Officer Robert Katzaroff was dispatched to the Lang & Klain offices wherein he met with Daniel T. Drake, Firm Administrator, who reported the facts of the phone call. Officer Katzaroff documented the report in

Scottsdale Police Department Incident/Investigation Report, Case Number 18-13493. The aforementioned phone call and telephone number was documented in this report. During the course of Officer Katzaroff's investigation, he communicated with Schumacher. Using a date of birth Schumacher provided to law enforcement, she was shown a driver's license photograph from the State of New Mexico of SUMMERS, and Schumacher confirmed that the man in the photograph was SUMMERS. Officer Katzaroff researched, via unclassified databases, the telephone number left by SUMMERS, and his research revealed that telephone number 505-379-3389 was once associated with the Albuquerque Veterans Administration Medical Center.

9. On June 21, 2018, Officer Katzaroff was again dispatched to the Law Firm Lang & Klain reference a second voicemail received from a voice similar to the previous message and the same telephone number, 505-379-3389. This recorded telephone message was received by Lang & Klain at approximately 6:12 a.m. on June 21, 2018. The following message was left on a recorded line:

> "Hello, this is gonna be a rough message. A, Jo Schumacher might be dead and she might have been killed by her dad. A, I'm looking for her and I'm looking for her from the Court of Appeals. She also doesn't work at the district courts because I'm looking for her there. She had my child 10 years ago. She drugged me, she drugged me twice and she drugged me on a cliff jumping accident in Arizona and Utah up in Lake Powell...and she used that against me. Got pregnant with me and drugged me the night she got pregnant and left and never spoke to me again. My house was robbed and all her love letters were stolen; who fucking steals love letters. She's been torturing me for 10 years and I am fighting back and she has my 10 year old child. I'm gonna fucking start murdering people."

...

10. Officer Katzaroff filed a second Scottsdale Police Department Incident/Investigation Report, Case Number: 18-13713. In the report, Officer Katzaroff noted that the same telephone number (505-379-3389) was used to leave this message. Officer Katzaroff attempted to make telephonic contact with this telephone number, however, the phone call went to voicemail and the voice on the voicemail stated the name "Ryan."

11. On June 21, 2018, additional research was conducted on telephone number 505-379-3389. A search of FBI records revealed that telephone number 505-379-3389 was previously used by SUMMERS in approximately 2013 to make threatening phone calls to the Domenici Institute, located at the New Mexico State University in Las Cruces, New Mexico. During this previous investigation, it was revealed and confirmed in an interview with SUMMERS that he used telephone number 505-379-3389 to leave the referenced voicemail. Also during this investigation, SUMMERS used email address ryanmsummers@msn.com to make threatening remarks to Professor and Doctor James King, an Associate Department Head and Associated Professor assigned to the Civil Engineering Department at the New Mexico State University in Las Cruces, New Mexico. SUMMERS confirmed the aforementioned email as belonging to him during an interview with FBI investigators in New Mexico.

12. A Criminal Complaint and Arrest Warrant was filed on September 19, 2013 in the United States District Court, District of New Mexico, wherein it was alleged that SUMMERS violated Title 18 United States Code § 875(c). After several months of

5

mental evaluation while in the custody of the Bureau of Prisons, on November 25, 2015, SUMMERS entered into an agreement for pretrial diversion. It should be noted that through the proceedings listed as District of New Mexico case number 13-mj-2966, the Honorable Magistrate Judge David P. Rush was listed as a presiding Judge as it related to, in part, a motion to determine the necessity of involuntarily medication for SUMMERS in order to render him competent to stand trial.

13. On June 21, 2018, SA Smith spoke with Officer David Bacha of the Albuquerque Police Department. Officer Bacha is a member of the Albuquerque Police Department Crisis Intervention Team. As a member of this team, Officer Bacha was assigned to SUMMERS in order to assist with his transition from the Bureau of Prisons custody back into society. In Officer Bacha's professional capacity, he has had close contact with SUMMERS and his family since approximately 2015. Officer Bacha advised SA Smith that SUMMERS has been in and out of mental facilities since his release. According to Bacha, SUMMERS has not been adhering to the doctor recommended medication treatment, that is, SUMMERS has not been taking his prescribed psychological medications. Officer Bacha is aware of at least one assault of a health care professional that SUMMERS has carried out. Additionally, Officer Bacha advised that SUMMERS has full time access to a vehicle provided by SUMMERS' father, and financial support from SUMMERS' mother and father. Officer Bacha continuously monitors SUMMERS' progress and has observed a decline in SUMMERS' health wherein he is making multiple threatening phone calls.

In addition to the above referenced phone calls to Lang and Klain, it was reported to Officer Bacha that SUMMERS called the University of New Mexico Medical Center on June 21, 2018 and threatened to kill medical staff. Officer Bacha attempted to contact SUMMERS on two occasions at SUMMERS' known residence with no success. Officer Bacha believes SUMMERS was at home but refused to come to the door knowing that Officer Bacha cannot enter SUMMERS' residence based on New Mexico State law.

14. Also on June 21, 2018, Officer Bacha was contacted by the United States Marshals Service, District of New Mexico, regarding a threat that had been made by SUMMERS to Magistrate Judge David Rush. Agents of the Marshals Service advised Officer Bacha that "Carla" (last name unknown), who works for Judge Rush, received the call wherein SUMMERS identified himself and made threatening remarks. A recording of this telephone call was not captured.

15. Officer Bacha advised that approximately two months ago SUMMERS provided Officer Bacha with consent to search his residence for weapons. Officer Bacha did not observe any weapons during the search. However, Officer Bacha believes that SUMMERS is capable of violence and could obtain a firearm on any street corner in the neighborhood where SUMMERS resides.

Based on the above stated facts, there is probable cause to establish that RYAN MATTHEW SUMMERS committed violations of Title 18 U.S.C. § 875(c) and is a danger to himself and the community.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                            _____
                                            Andrew D. Smith
                                            Special Agent
                                            Federal Bureau of Investigation

Sworn to and subscribed before me this 22nd day of June, 2018.

                                            _____
                                            HONORABLE BRIDGET S. BADE
                                            United States Magistrate Judge
                                            District of Arizona